UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF CARPENTERS PENSION
TRUST FUND - DETROIT AND VICINITY,

    Plaintiff,

v.                                  Case No. 06-15095

CIMARRON SERVICES, INC, et al.,

    Defendant.
                                      /

**ORDER REGARDING AMENDED COMPLAINT**

      The court conducted a status conference by telephone on April 19, 2007. Plaintiff announced its intention to file an amended complaint naming additional defendants and Defendant's counsel indicated that he would accept service on behalf of his clients. Accordingly,

      IT IS ORDERED that Plaintiff shall file its amended complaint by **April 26, 2007** and that Defendant shall file its answer by **May 3, 2007.** The court will then issue a scheduling order allowing ninety (90) days of discovery.

                                                        S/Robert H. Cleland
                                                          ROBERT H. CLELAND
                                                          UNITED STATES DISTRICT JUDGE

Dated: April 19, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 19, 2007, by electronic and/or ordinary mail.

                                                           S/Lisa Wagner
                                                          Case Manager and Deputy Clerk
                                                          (313) 234-5522