**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF CARPENTERS PENSION
TRUST FUND - DETROIT AND VICINITY,

    Plaintiff,

Case No. 06-15095

v.

CIMARRON SERVICES, INC, et al.,

    Defendant.
_____/

**ORDER EXTENDING DISCOVERY**

The court conducted a status conference by telephone on June 14, 2007. The parties agreed to come to an agreement within the next week on whether this case requires a jury or a bench trial. If there is no agreement, the parties shall brief the issue for the court to decide. The discovery cutoff is currently set for **August 21, 2007.** The parties requested additional time for discovery, which the court will grant. If necessary, depending upon the jury issue, the court's scheduling order will be adjusted to reflect a new discovery cut-off date. Accordingly,

IT IS FURTHER ORDERED, in the event that Plaintiff files a motion to strike Defendant's jury demand, Plaintiff shall file its motion by **June 22, 2007** and Defendant shall file its response by **June 29, 2007.** If a reply brief is required, the court will notify Plaintiff.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: June 19, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 19, 2007, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\06-15095.CARPENTERS.OrderExtendingDiscovery.wpd