UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF CARPENTERS PENSION
TRUST FUND - DETROIT AND VICINITY,

    Plaintiff,

v.

                          Case No. 06-CV-15095

CIMARRON SERVICES, INC, et al.,

    Defendants.
                                                  /

**ORDER SETTING DEADLINE FOR DISPOSITIVE MOTIONS**

The court conducted a status conference with counsel on October 3, 2007. Counsel informed the court that settlement depends to some extent upon an October 17, 2007 creditor's examination in a related case. The court will therefore set the deadline for dispositive motions in this case beyond the date of that examination. Counsel are to advise the court if a settlement is reached. The court notes that, depending upon the number, complexity and outcome of dispositive motions, it may replace the December dates for the final pre-trial conference and for trial with earlier dates. Accordingly,

IT IS ORDERED that the parties file any dispositive motions no later than **October 31, 2007**. The court will initiate a telephone status conference on **October 30, 2007 at 3:00 p.m.**

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: October 4, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 4, 2007, by electronic and/or ordinary mail.

                                         S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522